THOMPSON & PECK, INC. *v.* HARBOR MARINE
CONTRACTING CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 366, is granted.

*Irving H. Perlmutter,* in support of the petition.

*John F. Lambert,* in opposition.

Decided October 30, 1985

JANICE WESSON *v.* CITY OF MILFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 369, is denied.

*Christopher B. Carveth,* in support of the petition.

Decided October 30, 1985

PHILIP BERNSTEIN ET AL. *v.* BERNARD BUSKER

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 541, is denied.

*Raphael Korff,* in support of the petition.

*Raymond W. Beckwith,* in opposition.

Decided November 5, 1985

PAULA D'ARCY, ADMINISTRATRIX (ESTATES OF ROY T. D'ARCY AND SARAH E. D'ARCY) *v.* JAMES F. SHUGRUE, COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 12, is denied.

*Richard A. Bieder,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided November 5, 1985